IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARDA MANAGEMENT GROUP, LLC | § § § | |
| Plaintiff | § § | |
| | § | Civil Action No. |
| vs. | § § | |
| ELS, LLC | § § | |
| Defendant | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Darda Management Group, LLC ("Darda") asks the Court to enter judgment against Defendant ELS, LLC ("ELS") for actual damages, including lost profits, exemplary damages, attorney's fees, pre-judgment and post-judgment interest, court costs, and any equitable relief the Court deems appropriate.

## I.
## PRELIMINARY STATEMENT

1. ELS leased fourteen (14) vehicle chassis from Darda. It failed to make payment and now claims it cannot locate five (5) vehicle chassis. To date, ELS has not returned any of the vehicle chassis. This lawsuit seeks to recover damages ELS owes to Darda because of its breach of lease and failure to return the vehicle chassis.

## II.
## PARTIES

2. Darda is a limited liability company organized under the laws of Texas and maintains its principal place of business in Harris County, Texas.

3. Darda's sole member, James Marcel, resides in Harris County, Texas.

1

4. ELS is a limited liability company organized under the laws of North Carolina and maintains its principal place of business in Kenly, North Carolina.

5. On information and belief, ELS's members, Brett T. Butts and Timothy R. Butts reside in Johnston County, North Carolina. ELS may be served through its registered agent for service of process, Brett T. Butts, 210 Hamp Drive, Kenly, North Carolina 27542, or wherever it or he may be found.

## III.
## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds $75,000, not including interest and cost of court, and there is complete diversity of citizenship between the parties: Plaintiff Darda is incorporated under the laws of Texas and has its principal place of business in Texas. Darda's sole member, James Marcel, is a citizen of the State of Texas. Defendant ELS is incorporated under the laws of North Carolina and has its principal place of business in North Carolina. On information and belief, ELS's members Brett T. Butts and Timothy R. Butts are citizens of the State of North Carolina.

7. Venue is proper in the Southern District of Texas, Houston Division, pursuant to 28 U.S.C.§1391(b)(2) because a substantial part of the events forming the basis of this action occurred in this District.

## IV.
## FACTUAL BACKGROUND

8. Darda owns several lightweight vehicle chassis that it leases to customers for the transportation and/or storage of containers and general commodities.

9. ELS is a trucking company that transports and delivers freight across the Continental United States.

10. On or around May 3, 2022, Darda and ELS entered into a five (5) year Vehicle Lease Agreement ("Lease"), whereby Darda agreed to lease fourteen (14) 40' GN chassis ("Chassis") to ELS in exchange for monthly rental payments.

11. In or around June 2022, Darda delivered the Chassis to ELS.

12. From June 2022 through May 2023, ELS timely made payments pursuant to the Lease.

13. On or around June 1, 2023, ELS failed to timely make payments for its use of the Chassis for June 2023.

14. In or around June 2023 through September 2023, Darda sent reminders and demands to ELS for payment of the amounts owed under the Lease.

15. On or around November 10, 2023, Darda sent ELS a final demand notice, demanding payment for the outstanding balance owed under the Lease.

16. On or around November 21, 2023, ELS made a partial payment for the outstanding balance owed to Darda under the Lease.

17. To date, ELS has made no further payments to Darda.

18. On or around December 7, 2023, Darda sent ELS a Notice of Termination, Notice of Acceleration, and Demand for Payment letter ("Notice Letter").

19. The Notice Letter informed ELS that Darda was terminating the Lease, accelerating the remaining payments due, and demanding payment for the accelerated amounts under the Lease. The Notice Letter additionally demanded the return of the Chassis to Darda.

20. ELS has neither returned the Chassis nor paid the $409,500.00 owed to Darda under the Lease.

## V.
## CAUSE OF ACTION

### a. Breach of Contract

21. Darda incorporates by this reference paragraphs – above as if fully set forth herein.

22. Darda and ELS entered into a valid contract where Darda agreed to lease the Chassis to ELS in exchange for monthly rental payments.

23. Darda fully complied with the Lease.

24. ELS materially breached the Lease when it failed to pay Darda its monthly rent due under the Lease for June through December 2023.

25. As a result of ELS's breach, Darda suffered damages, including lost profits, in an amount in excess of the minimum jurisdiction limits of this Court.

### b. Conversion

26. Darda incorporates by this reference paragraphs – above as if fully set forth herein.

27. Darda owned or had legal possession of the Chassis.

28. ELS unlawfully and without authorization assumed and exercised dominion and control over the Chassis, to the exclusion of, or inconsistent with, Darda's rights as an owner.

29. Darda demanded the return of the Chassis.

30. ELS refused to return the Chassis.

31. As a result of the conversion, Darda suffered actual damages, including lost profits, in excess of the minimum jurisdictional levels of this Court.

32. ELS converted the Chassis with malice. As a result, Darda seeks exemplary damages.

## VI.
## ATTORNEY'S FEES

33. Darda seeks and is entitled to recover its reasonable and necessary attorney's fees and costs of court incurred in prosecuting this action pursuant to Tex. Civ. Prac. & Rem. Code § 38.001, *et. seq.* and the Lease, para. 14.

## VII.
## CONDITIONS PRECEDENT

34. Darda has complied with all conditions precedent necessary for the recovery request herein, or such conditions precedent have been waived or excused.

## VIII.
## RELIEF REQUESTED

FOR THESE REASONS, Plaintiff Darda Management Group, LLC asks this Court for judgment in its favor against Defendant ELS, LLC for actual damages, including lost profits, exemplary damages, attorney's fees, pre-judgment and post-judgment interest, court costs, and such other and further relief as the Court may deem just and proper.

Date: January 2, 2024                               Respectfully submitted,

**THE GREENWOOD LAW FIRM, PLLC**

*/s/ Sean Greenwood*
Sean Greenwood
Texas Bar No. 08408730
Federal ID 15015
sean@gwoodlaw.com
1415 North Loop West, Suite 1250
Houston, Texas 77008
TEL:   (832) 356-1588
FAX:   (832) 356-1589