United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARDA MANAGEMENT GROUP, LLC | § § § § | |
| Plaintiff | § § | |
| vs. | § § | Civil Action No. 4:24-cv-00009 |
| ELS, LLC | § § § | |
| Defendant | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

ON THIS DAY came on for consideration Plaintiff Darda Management Group, LLC's Motion for Entry of Default Judgment against Defendant ELS, LLC. The Court, after considering the Motion, the Response(s), if any, and all other matters relevant to its decision, finds that the motion should be GRANTED. It is therefore:

ORDERED that Plaintiff Darda Management Group, LLC's Motion for Entry of Default Judgment against Defendant ELS, LLC is GRANTED; It is further:

ORDERED that, Plaintiff Darda Management Group, LLC recover from Defendant ELS, LLC actual damages in the amount of $615,636.00;

ORDERED that, Plaintiff Darda Management Group, LLC recover from Defendant ELS, LLC attorney's fees and expenses in the amount of $11,751.36;

ORDERED that, post-judgment interest shall accrue at the rate prescribed in 28 U.S.C. 1961, from the date of this Order; and

ORDERED that, Plaintiff Darda Management Group, LLC is allowed such writs and processes as may be necessary for the enforcement and collection of this judgment.

This Judgment finally disposes of all parties and all claims and is appealable.

SIGNED and entered this __13th__ day of __Feb_____, 2025.

_____
United States District Clerk